UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNTED STATES OF AMERICA** | § § § | |
| v. | § | **CRIMINAL NO. H-18-311** |
| **MARQUIS HOLMES** | § § § | |

## ORDER

Upon consideration of Government's Request for Reciprocal Discovery, pursuant to Rule 16(b) and 26.2 of the Federal Rules of Criminal Procedure, said motion is hereby GRANTED.

IT IS HEREBY ORDERED that the defendant is required to produce for inspection, copying or photographing any books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items which are within the possession, custody, or control of the defendant and which the defendant intends to introduce in his case-in-chief at trial. Additionally, the defendant must produce any results or reports of physical or mental examination and of any scientific test or experiment which is within the defendant's possession, custody, or control and which the defendant intends to use in his case-in-chief at trial, or that is prepared by a witness whom the defendant intends to call at trial as it relates to the witness's testimony. The defendant must further produce a written summary of any expert witness testimony that he intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial, with said summary to include a description of the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications. Finally, the defendant is required to produce any statements of testifying witnesses that are in the defendant's

possession and that relate to the subject matter of the witness's testimony, pursuant to Rules 26.2, 5.1 and 12(h) of the Federal Rules of Criminal Procedure.

Done in Houston, Texas, this the _____ day of _____, 2019.

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE