United States District Court
Southern District of Texas
**ENTERED**
October 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18-311-1 |
| | § | |
| Marquis Holmes | § | |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is hereby reset.

1. The Pre-Sentence Investigation Report will be disclosed to counsel on _Aug. 30, 2019_.

2. Counsel will file objections or a statement of no objection ~~within 14 days after disclosure.~~ by Jan. 17, 2020

3. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

4. Sentencing will be held on _Feb. 14, 2020_ at _2:30_ a.m./**p.m.**

**SIGNED** on this the 28th day of October, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE