United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN  DISTRICT OF TEXAS
HOUSTON  DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | **CRIMINAL ACTION NO. H–18-311-1** |
| | § | |
| Marquis Holmes | § | |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is hereby reset.

1. The  Probation  Office  will  submit  the  final  PSR  with  an  addendum  7  days  prior  to sentencing.

3. Sentencing will be held on **FEB. 19, 2020** at ~~9:00~~ 2:30 a.m./p.m.

**SIGNED** on this the 3rd day of February, 2020.

_____
**SIM LAKE
UNITED STATES DISTRICT JUDGE**