IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. H-18-311** |
| | § | |
| **Marquis Holmes** | § | |
| | § | |

## NOTICE OF CANCELLATION

The Sentencing set for **today**, February 21, 2020, at 2:30 PM before Judge Sim Lake is **CANCELLED** until further notice.

Date: 2/21/2020

Andrew Boyd
Case Manager to Judge Sim Lake
Post Office Box 61010
Houston, Texas 77208
(713)250-5514