IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 4:18-CR-311 |
| MARQUIS HOLMES, | § § § | |

## ORDER SETTING RESTITUTION HEARING

Pursuant to 18 U.S.C. § 3663, the Court intends to order that Defendant Marquis Holmes make restitution to his victim(s).

The Court, having reviewed the Government's Unopposed Motion to Set a Restitution Hearing, ORDERS the hearing set for **September 10**, 2020. **at 2:00 p.m.**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the **21st** day of May, 2020, at Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE